# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| MICHAEL N. ROBINSON, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:11-cv-00282-MR |
| | ) | 1:07-cr-00011-MR |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 14, 2014 Memorandum of Decision and Order.

January 14, 2014

Frank G. Johns, Clerk
United States District Court